NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SRI INTERNATIONAL INC.,**
*Plaintiff-Cross Appellant,*

**v.**

**INTERNET SECURITY SYSTEMS, INC. (a Delaware Corporation) and INTERNET SECURITY SYSTEMS, INC. (a Georgia Corporation),**
*Defendants-Appellants,*

*and*

***SYMANTEC CORPORATION,***
*Defendant-Appellant.*

---

2009-1562, -1575, 2010-1010

---

Appeals from the United States District Court for the District of Delaware in case no. 04-CV-1199, Judge Sue L. Robinson.

---

**JUDGMENT**

---

FRANK E. SCHERKENBACH, Fish & Richardson, P.C., of Boston, Massachusetts, argued for plaintiff-cross appellant. With him on the brief were HOWARD G. POLLACK and STEVEN C. CARLSON, of Redwood City, California; and CRAIG E. COUNTRYMAN, of San Diego, California.

DARYL JOSEFFER, King & Spalding LLP, of Washington, DC, argued for defendants-appellants Internet Security Systems, Inc., et al. With him on the

brief were PAUL D. CLEMENT; and HOLMES J. HAWKINS, III, NATASHA H. MOFFITT and CHARLES A. PANNELL, III, of Atlanta, Georgia.

ROBERT M. GALVIN, Howrey LLP, of East Palo Alto, California, argued for defendant-appellant Symantec Corporation. With him on the brief were PAUL S. GREWAL, RENEE DUBORD BROWN, GEOFFREY M. GODFREY and KATIE J.L. SCOTT. Of counsel on the brief was JOSEPH FITZGERALD, Symantec Corporation, of Mountain View, California.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* LOURIE and DYK, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 5, 2010          /s/ Jan Horbaly
      Date                      Jan Horbaly
                                 Clerk